UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPARTAN TRADING COMPANY, LLC,<br>THE ESTATE OF RICHARD MYRE,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>THE ESTATE OF DALE DAHMEN, AND<br>THE ESTATE OF DOMINICK DAHMEN,<br><br>　　　　　　Relief Defendants. | Civil Action No.<br><br>23-CV-01997-JWB-DTS |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff and Defendant The Estate of Richard Myre, that Defendant The Estate of Richard Myre may have until September 8, 2023, to interpose an Answer to Plaintiff's Complaint.

Respectfully Submitted,

Dated: September 4, 2023

*/s/ Bryant D. Tchida*
Bryant D. Tchida (MN Bar #0314298)
MOSS & BARNETT, P.A.
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Ph.: (612) 877-5000
Fax: (612) 877-5999
Email: Bryant.Tchida@lawmoss.com

**ATTORNEYS FOR ANA MYRE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD MYRE**

Dated: September 4, 2023

*/s/ Charles J. Kerstetter*
Charles J. Kerstetter (Pro Hac Vice)
(kerstetterc@sec.gov)
Lee Farnsworth (Pro Hac Vice)
(farnsworthl@sec.gov)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398
Attorneys for Plaintiff U.S. Securities and Exchange Commission

Craig Baune
MN Bar No. 331727
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55414
Telephone: (612) 664-5600
Email: craig.baune@usdoj.gov

Local Counsel for Plaintiff U.S. Securities and Exchange Commission