UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SPARTAN TRADING COMPANY, LLC,<br>THE ESTATE OF RICHARD MYRE,<br><br>Defendants,<br><br>and<br><br>THE ESTATE OF DALE DAHMEN,<br><br>Relief Defendant. | Civil Action No.<br><br>23-CV-01997-JWB-DTS |

**[PROPOSED] ORDER ON
UNOPPOSED MOTION TO EXTEND ASSET FREEZE**

The Court having considered Plaintiff United States Securities and Exchange Commission's Unopposed Motion to Extend Asset Freeze, IT IS HEREBY ORDERED:

1. Plaintiff's Unopposed Motion to Extend Asset Freeze, Dkt. No. 104, is GRANTED.

2. The freeze of certain assets and time to conduct expedited discovery is extended until September 5, 2025, or until further order of this Court.

Dated: _____, 2025

_____
**Hon. David T. Schultz
United States Magistrate Judge**