UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>           v.<br><br>THE ESTATE OF RICHARD MYRE,<br><br>           Defendant. | Civil Action No.<br><br>23-CV-01997-JWB-DTS |

**[PROPOSED] ORDER ON
UNOPPOSED MOTION TO EXTEND ASSET FREEZE**

The Court having considered Plaintiff United States Securities and Exchange Commission's Unopposed Motion to Extend Asset Freeze, IT IS HEREBY ORDERED:

1. Plaintiff's Unopposed Motion to Extend Asset Freeze, Dkt. No. 107, is GRANTED.

2. The freeze of certain assets is extended until October 31, 2025, or until further order of this Court.

Dated: _____, 2025

                                                                **Hon. David T. Schultz
United States Magistrate Judge**