# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Case No. 23-cv-1997 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Spartan Trading Company, LLC, et al., | |
| Defendants. | |

Plaintiff filed a ninth unopposed motion to extend the freeze of certain assets. Dkt. No. 107. For good cause shown, **IT IS HEREBY ORDERED:**

1.  Plaintiff's Unopposed Motion to Extend Asset Freeze (Dkt. No. 107) is **GRANTED**.

2.  The freeze of certain assets is extended until October 31, 2025.

Dated: September 5, 2025

      s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge